UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-04153 |
| John F Holmes, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On November 13, 2023, claimant John F. Holmes filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a).  The application and supporting documentation fail to establish that the claimant is entitled to the unclaimed funds.  Accordingly,

IT IS HEREBY ORDERED:

The application is denied.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  December 29, 2023